# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (585) 546-2500
Fax: (585) 546-7218
E-mail: zmcmw@aol.com

\# 7453
$2.66
8/17/10

August 16, 2010

United States Bankruptcy Court
ATTN: Mark Schwenk
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

    RE:    Randal B. & Barbara A. Ikeler
             BK 09-21603
             Trustee Check #10014 for dividends under $5

Dear Mark:

    I enclose the Trustee's check #10014 in the amount of $2.66 for dividends under $5.00 for the following:

| Amount | Claim # | Creditor |
|---|---|---|
| $2.66 | 6 | Eastman Dental |

    If you have any questions, please call.

                                  Very truly yours,

                                  Lucien A. Morin, II
                                  Chapter 7 Trustee

LAM/jmc
Enclosure



FILED AUG 17 2010 BANKRUPTCY COURT ROCHESTER, NY